IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 3:94-CR-428-D |
| | § | (Civil Action No. 98-CV-2942-D) |
| LAWRENCE M. HARRISON, SR., | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the December 7, 2005 findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted. Accordingly, defendant's October 19, 2005 motion for relief from judgment and for leave to amend pleadings, as corrected on December 1, 2005, is construed as a second or successive motion for post-conviction relief under 28 U.S.C. § 2255 and is dismissed without prejudice pending review by a three-judge panel of the court of appeals. Alternatively, his motion is denied on the merits.

**SO ORDERED**.

January 4, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE