IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 3:94-CR-428-D |
| | § | |
| LAWRENCE M. HARRISON, SR., | § | |
| | § | |
| Defendant. | § | |

## ORDER

After conducting a review of the relevant pleadings, files, and records in this case, the June 11, 2007 findings and recommendation of the United States Magistrate Judge, defendant's July 12, 2007 objections, and plaintiff's July 25, 2007 response in opposition to defendant's objections, in accordance with 28 U.S.C. § 636(b)(1), the court concludes that the findings and recommendation of the magistrate judge are correct,[*] and they are hereby accepted as the findings of the court.

Accordingly, defendant's January 4, 2007 motion to amend the restitution order [Doc. #869] is denied.

**SO ORDERED**.

August 16, 2007.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

---

[*]The recommendation contains a typographical error (a reference to a $405,164.39 restitution balance) that is immaterial to the court's decision and can be disregarded.